**LESTER & ASSOCIATES**
PATRIC A. LESTER (SBN 220092) (pl@lesterlaw.com)
5694 Mission Center Road, #385
San Diego, CA 92108
Telephone: (619) 665-3888 / Fax: (314) 241-5777

**KEOGH LAW, LTD**
TIMOTHY J. SOSTRIN (*admitted pro hac vice*) (TSostrin@KeoghLaw.com)
55 W. Monroe St., Suite 3390
Chicago, IL 60603
*Attorneys for Plaintiff David Martin*

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (SBN 234417) (HerringtonR@gtlaw.com)
Matthew R. Gershman (SBN 253031) (GershmanM@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700 / Facsimile: (310) 586-7800
*Attorneys for Defendant Global Tel*Link Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE LEE, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-02495-ODW-PLA<br>[consolidated with 2:15-cv-03464-ODW-PLA]<br><br>**FINAL JOINT STATUS REPORT ON MEDIATION AND NOTICE OF SETTLEMENT**<br><br>Hon. Otis D. Wright II<br><br>Pretrial Conference: January 9, 2017<br><br>Trial Date: January 31, 2017 |

On October 28, 2016, Plaintiff David Martin and Defendant Global Tel*Link Corporation ("the Parties") filed a joint status report to advise the Court that, although the Parties were unable to resolve this action at the mediation on October 24, 2016 (before the Hon. Carl J. West (Ret.)), the Parties had not ceased their efforts to reach a settlement and would continue to work with Judge West towards a resolution.

On November 8, 2016, the Parties filed a further report to again advise that the Parties were continuing their settlement efforts and would file a further status report regarding their settlement efforts no later than November 14, 2016.

On November 11, 2016, Judge West made a mediator's recommendation of terms for a classwide settlement, which the Parties accepted. The Parties hereby provide notice of the settlement and will work diligently to memorialize the settlement terms and file the necessary motions for approval of the settlement without delay. Per local rule, the Parties have also provided notice of settlement to the Court's Courtroom Deputy Clerk via email.

Dated: November 11, 2016

Respectfully submitted,
KEOGH LAW, LTD
By: /s/ Timothy J. Sostrin
Attorneys for Plaintiff David Martin

Dated: November 11, 2016

Respectfully submitted,
GREENBERG TRAURIG LLP
By: /s/ Matthew R. Gershman
Attorneys for Defendant
GLOBAL TEL*LINK CORPORATION

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Matthew R. Gershman, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

By: /s/ Timothy J. Sostrin