O

# United States District Court
# Central District of California

| | |
|---|---|
| ALICE LEE, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-02495-ODW(PLA)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 126), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than January 17, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The case is temporarily **STAYED** pending response to this Order. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

November 16, 2016

_____
                **OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE**