# United States District Court
# Central District of California

| | |
|---|---|
| ALICE LEE, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>          Defendant. | Case No. 2:15-cv-02495-ODW(PLA)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE AND CORRESPONDING STAY** |

On November 16, 2016, the Court issued an Order to Show Cause no later than January 17, 2017, as to the status of settlement of this matter. (ECF No. 127.) This followed the parties' Notice Classwide Settlement. (ECF No. 126.)

On January 12, 2017, the parties notified the Court that they expect to file a motion for Preliminary Approval of the settlement on or before January 31, 2017, and as such they requested that the Court continue the Order to Show Cause and the corresponding stay of this action until that date.

//
//
//
//

Based on the parties' request, and good cause appearing therefore, the Court hereby **CONTINUES** the Order to Show Cause and corresponding stay until January 31, 2017.

**IT IS SO ORDERED.**

January 13, 2017

_____
                **OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE**