**LESTER & ASSOCIATES**
PATRIC A. LESTER (SBN 220092) (pl@lesterlaw.com)
5694 Mission Center Road, #385
San Diego, CA 92108
Telephone: (619) 665-3888 / Fax: (314) 241-5777

**KEOGH LAW, LTD**
TIMOTHY J. SOSTRIN (*admitted pro hac vice*) (TSostrin@KeoghLaw.com)
55 W. Monroe St., Suite 3390
Chicago, IL 60603
*Attorneys for Plaintiff David Martin*

**GREENBERG TRAURIG, LLP**
Robert J. Herrington (SBN 234417) (HerringtonR@gtlaw.com)
Matthew R. Gershman (SBN 253031) (GershmanM@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700 / Facsimile: (310) 586-7800
*Attorneys for Defendant Global Tel*Link Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALICE LEE, et al.,

Plaintiffs,

v.

GLOBAL TEL*LINK CORPORATION,

Defendant.

Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA]

**NOTICE OF CLARIFYING AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

Hon. Otis D. Wright II

To the Honorable Court, all interested parties, and their attorneys of record: PLEASE TAKE NOTICE that, as discussed at the March 27, 2017 hearing on the motion for preliminary approval of the parties' Class Action Settlement Agreement and Release (the "Settlement"), the parties have entered into a clarifying amendment to the Settlement, a true and correct copy of which is attached hereto as Exhibit 1.

Dated: March 28, 2017

Respectfully submitted,
KEOGH LAW, LTD
By: */s/ Timothy J. Sostrin*
Attorneys for Plaintiff David Martin

Dated: March 28, 2017

Respectfully submitted,
GREENBERG TRAURIG LLP
By: */s/ Matthew R. Gershman*
Attorneys for Defendant
GLOBAL TEL*LINK CORPORATION

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Timothy J. Sostrin, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

By: */s/ Matthew R. Gershman*

# Exhibit 1

**AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

This Amendment to the Class Action Settlement Agreement and Release (the "Amendment") is made and entered into as of March 27, 2017, by and between the parties to the Class Action Settlement Agreement and Release (the "Agreement"), dated February 15, 2017, and filed in the action entitled *Alice Lee, et al. v. Global Tel*Link Corporation*, Central District of California Case No. 2:15-cv-02495-ODW-PLA. All terms used in this Amendment shall have the same meaning as they have in the Agreement.

1. Upon the full execution and delivery of this Amendment, the Agreement is hereby amended as set forth herein, and this Amendment is hereby integrated with and shall become a part of the Agreement as though set forth in full therein. In all other respects, the terms and conditions of the Agreement are hereby reaffirmed.

2. The Parties hereby agree that the Agreement is not intended to and does not prohibit a Settlement Class Member from responding to inquiries posited by federal, state or local agencies and/or law enforcement, even if the inquiries relate to the Released Claims. Similarly, the Agreement is not intended to and does not prohibit a Settlement Class Member from bringing their concerns to federal, state or local agencies and/or law enforcement, even if those inquiries relate to the Released Claims, provided that a Settlement Class Member is not attempting to revive any Released Claim(s).

3. The Parties may execute this Amendment in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Amendment to be executed as follows:

**CLASS PLAINTIFF:** Dated: Mar 28, 2017

David Martin

**Global Tel*Link Corporation:**

Dated: March 28, 2017

By: [signature]

Its: President & COO

**APPROVED AS TO FORM AND CONTENT:**

**CLASS COUNSEL**

Keogh Law, Ltd.

Dated: __________, 2017

By: ______________________
Timothy J. Sostrin

Dated: __________, 2017

Lester & Associates

By: ______________________
Patric Lester

**Global Tel*Link Corporation's Counsel**

Greenberg Traurig, LLP

Dated: _______, 2017

By: ______________________
Robert J. Herrington

**Global Tel*Link Corporation:** Dated: __________, 2017

By: ______________________________

Its: ______________________________

**APPROVED AS TO FORM AND CONTENT:**

**CLASS COUNSEL**

Keogh Law, Ltd. Dated: March 28, 2017

By: Timothy J. Sostrin

Dated: __________, 2017

Lester & Associates

By: Patric Lester

**Global Tel*Link Corporation's Counsel**

Greenberg Traurig, LLP Dated: _______, 2017

By: Robert J. Herrington

**Global Tel*Link Corporation:** Dated: __________, 2017

By: ______________________________

Its: ______________________________

**APPROVED AS TO FORM AND CONTENT:**

**CLASS COUNSEL**

Keogh Law, Ltd. Dated: __________, 2017

______________________________
By: Timothy J. Sostrin

Dated: 3/28, 2017

Lester & Associates

______________________________
By: Patric Lester

**Global Tel*Link Corporation's Counsel**

Greenberg Traurig, LLP Dated: _______, 2017

______________________________
By: Robert J. Herrington

**Global Tel*Link Corporation:**

Dated: __________, 2017

By: ______________________________

Its: ______________________________

**APPROVED AS TO FORM AND CONTENT:**

**CLASS COUNSEL**

Keogh Law, Ltd.

Dated: __________, 2017

By: Timothy J. Sostrin

Dated: __________, 2017

Lester & Associates

By: Patric Lester

**Global Tel*Link Corporation's Counsel**

Greenberg Traurig, LLP

Dated: Mar. 28, 2017

By: Robert J. Herrington (MRG)
Robert J. Herrington