# EXHIBIT 2

**SCHEPER KIM & HARRIS LLP**
JEAN M. NELSON (State Bar No. 150856)
jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, California 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

Attorneys for Verizon Wireless

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALICE LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GLOBAL TEL *LINK CORPORATION,<br><br>　　　　Defendant. | CASE NO. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)<br><br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS' OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**<br><br>The Hon. Otis D. Wright, II |

Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") hereby objects to the Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action served on it by counsel for Plaintiff Alice Lee on April 25, 2017 (the "Subpoena") as follows:

1. Verizon Wireless objects to the Subpoena to the extent it seeks to impose duties or obligations that are inconsistent with or beyond those imposed by the Federal Rules of Civil Procedure.

2. Verizon Wireless hereby objects to the Subpoena to the extent it seeks information relating to subscribers in California, Delaware and Pennsylvania, as Verizon Wireless is precluded by statute from providing responsive information for subscribers in those states. *See* Cal. P.U.C. § 2981; Del. Code 11, § 2423; 18 Pa. C.S.A. § 5742.

3. Verizon Wireless objects to the Subpoena on the grounds that it is overly burdensome, harassing and oppressive. In particular, the Subpoena is not reasonably tailored to avoid imposing undue burden and expense on Verizon Wireless and therefore, fails to comply with Rule 45(c)(1) of the Federal Rules of Civil Procedure.

4. Verizon Wireless objects to the Subpoena to the extent that it requires Verizon Wireless to bear any expenses in connection with responding to the Subpoenas, including but not limited to legal costs and fees incurred in

identifying and retrieving documents and making them available for inspection, or costs and fees incurred in providing notice to customers whose information the Subpoena seeks.

5. Verizon Wireless objects to the Subpoena to the extent it seeks disclosure of proprietary, commercially sensitive, and/or confidential business information.

6. Verizon Wireless objects to the Subpoena to the extent it calls for Verizon Wireless to create documents not kept in the ordinary course of business. Verizon Wireless further objects to the Subpoena to the extent it seeks the production of documents in an order and format other than that in which they are kept in the ordinary course of business.

DATED: May 9, 2017

SCHEPER KIM & HARRIS LLP
JEAN M. NELSON

By: /s/ Jean M. Nelson
Jean M. Nelson
Attorneys for Verizon Wireless

3

Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)
OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

# PROOF OF SERVICE

**ALICE LEE, et al. v. GLOBAL TEL *LINK CORPORATION**
Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, CA 90071-2025.

On May 9, 2017, I served true copies of the following document(s) described as **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Scheper Kim & Harris LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mbaggett@scheperkim.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2017, at Los Angeles, California.

/s/ Michele Baggett
Michele Baggett

Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)
OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

# DECLARATION OF MESSENGER

I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in the service list. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date):_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:_____

_____          _____
(NAME OF DECLARANT)                                  (SIGNATURE OF DECLARANT)

Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)
OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

# SERVICE LIST
## ALICE LEE, et al. v. GLOBAL TEL *LINK CORPORATION
### Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)

Timothy J. Sostrin
TSostrin@KeoghLaw.com
**KEOGH LAW, LTD.**
55 W. Monroe Street, Suite 3390
Chicago, IL  60603
T:  (312) 726-1092
F:  (312) 726-1093

*(Via Messenger)*

Moorea L. Katz
katzmo@gtlaw.com
**GREENBERG TRAURIG LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV  89169
T:  (702) 792-3773
F:  (702) 792-9002

Tyler R. Andrews
andrewst@gtlaw.com
**GREENBERG TRAURIG LLP**
3161 Michelson Drive, Suite 1000
Irvine, CA  92612
T:  (949) 732-6578
F:  (949) 732-6501

Robert J. Herrington
herringtonr@gtlaw.com
Matthew R. Gershman
gershmanm@gtlaw.com
**GREENBERG TRAURIG**
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
T:  (310) 586-7700
F:  (310) 586-7800

Candice E. Renka
crenka@maclaw.com
ScottA. Marquis
smarquis@maclaw.com
**MARQUIS AURBACH COFFING PC**
10001 Park Run Drive
Las Vegas, NV  89145
T:  (702) 382-0711
F:  (702) 382-5816

Patric Alexander Lester
pl@lesterlaw.com
**LESTER AND ASSOCIATES**
5694 Mission Center Road, Suite 358
San Diego, CA  92108
T:  (619) 665-3888
F:  (314) 241-5777

Case No. 2:15-cv-02495-ODW-PLA (consolidated with 2:15-cv-03464-ODW-PLA)

OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION