

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALICE LEE,

      Plaintiff,

v.                           Case No 2:15-cv-02495-ODW-PLA

GLOBAL TEL*LINK CORPORATION,`
      Defendant.

---

Frederick Banks,

      Intervenor

### NOTICE TO INTERVENE AS OF RIGHT (Fed. R. Civ. P. 24) AND CLAIM

**Relief Sought**

Frederick Banks hereby gives notice that he intervenes in this action as of right and files the foregoing Claim. Fed.R.Civ.Proc. 24

**Grounds for Intervention**

Intervention as of Right

Frederick Banks is entitled to intervene in this action as a matter of right because:

1. Frederick Banks has a legally protectable interest in the subject matter of this action.

2. Together, Plaintiffs allege Defendant's robocalls violated the TCPA. Specifically, Plaintiffs claim that GTL used an automated telephone dialing system and an artificial voice to make robocalls to their cell phones; that such calls were made without their prior express consent; and that Plaintiffs were ultimately charged for these calls. (Id. ¶¶ 47 - 51.) The Court originally stayed the case pending action by the FCC to clarify certain rules and regulations under the TCPA. (ECF No. 21.) But after the FFC issued its Declaratory Ruling and Order on July 10, 2015, and after 2 Plaintiffs filed their CAC, Defendant moved to dismiss the consolidated action for failure to state a claim. (ECF No. 41.) This motion is now before the Court.

3. Thereafter the court approved the class action settlement.

4. Intervenor has a claim in this matter and asserts that settlement funds should be sent to

him as follows;

Make payable to; **CCA**

        CCA I Trust
        Frederick Banks, 05711068
        NEOCC
        P.O. Box 933488
        Atlanta, GA 31193-3488

        Respectfully submitted,

        Hamilton Brown, LLP
        Frederick Banks
        #05711068
        NEOCC
        2240 Hubbard Road
        Youngstown, OH 44505

        www.facebook.com/hamiltonbrownfirm
        412-475-8384
        hamiltonbrownllc@gmail.com

### Certificate of Service

I hereby certify that on tis 3rd day of August I served a true and correct copy of the Notice to Intervene as of Right and Claim mail delivery and electronic notification upon the following;

**Office of the Clerk**
United States District Court
333 West Broadway
San Diego, CA92101

        cc: all parties of record

        Frederick Banks