1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 ALICE LEE, et al.,

11                    Plaintiffs,

12 v.

13 GLOBAL TEL*LINK
   CORPORATION,
14
                    Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:15-cv-02495-ODW-PLA
[consolidated with 2:15-cv-03464-ODW-PLA]

**ORDER BINDING PLAINTIFF
AND CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS TO
THE COURT'S ULTIMATE
RULING ON THE PRODUCTION
OF CALIFORNIA, DELAWARE,
AND PENNSYLVANIA
SUBSCRIBER INFORMATION**

Hon. Paul L. Abrams

Having considered the Stipulation of Cellco Partnership d/b/a Verizon Wireless ("Verizon") and Plaintiff David Martin to be bound by the Court's Ultimate Ruling Regarding the Production of California, Delaware, and Pennsylvania Subscriber Information, and good cause appearing, the Court hereby approves the Stipulation and ORDERS as follows:

1.      The Court's ultimate ruling with respect to the production of California, Delaware, and Pennsylvania subscriber information addressed in the motions to compel filed against T-Mobile and MetroPCS (Doc. Nos. 143 and 144) shall apply with equal force and effect as to Plaintiff and Verizon with respect Verizon's objections to the subpoena.

2.      The Court's ultimate ruling with respect to the production of California, Delaware, and Pennsylvania subscriber information addressed in Doc. Nos. 143 and 144 shall bind Plaintiff and Verizon with respect to that issue as if it were a ruling on a separate motion to compel filed against Verizon.

3.      In the event that Doc. Nos. 143 and 144 are resolved without a ruling on the issue, Plaintiff shall file a Motion to compel as to Verizon within seven (7) days of their disposition.

**IT IS SO ORDERED.**

Dated:  September 6, 2017

_____
HON. PAUL L. ABRAMS,
UNITED STATES MAGISTRATE JUDGE