Caroline V. Tucker, Esq. (SBN 261377)
**TUCKER | POLLARD**
Attorneys at Law
556 N. Diamond Bar Blvd., Ste. 213
Diamond Bar, CA 91765
(909) 396-1800 – telephone
(949) 269-6401 – facsimile

Attorneys for Objector
Stephen Kron

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALICE LEE and DAVID W. MARTIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-02495-ODW-PLA<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTOREYS OF RECORD:

PLEASE TAKE NOTICE that CAROLINE V. TUCKER, ESQ. of TUCKER | POLLARD, Attorneys at Law, hereby enters her appearance in this matter on behalf of Stephen Kron.

**NOTICE OF APPEARANCE**

Please add the following contact information for all future emails, correspondence, documents, court filings and proofs of service related to the above-captioned matter:

Caroline V. Tucker, Esq.
**TUCKER | POLLARD**
Attorneys at Law
556 N. Diamond Bar Blvd., Ste. 213
Diamond Bar, CA 91765
(909) 396-1800 – telephone
(949) 269-6401 – facsimile
ctucker@tuckerpollard.com

DATED:  July 12, 2018                        Respectfully submitted,

/s/ Caroline Tucker

Attorneys for Objector
Stephen Kron

**NOTICE OF APPEARANCE**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on July 12, 2018 and served by the same means on all counsel of record.

/s/ Caroline Tucker