# EXHIBIT 2

Exhibit 2
Page 104

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALICE LEE and DAVID W. MARTIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GLOBAL TEL*LINK CORPORATION,

Defendant.

Case No. 2:15-cv-02495-odw(PLAx)

CLASS ACTION

**DECLARATION OF JAY GERACI RE: NOTICE PROCEDURES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Jay Geraci declare as follows:

     1.    I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CAFA Notification**

     2.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint for Damages and Civil Cover Sheet filed by David W. Martin in the United States District Court for the Southern District of California under Case Number 3:14-cv-02877, First Amended Class Action Complaint for Damages filed by David W. Martin in the United States District Court for the Northern District of California under Case Number 4:15-cv-00449, Notice of Removal of Action Pursuant to 28 U.S.C. § 1441 (a) & (c) filed by Global Tel*Link Corporation in the United States District Court for the District of Nevada under Case Number 2:15-cv-00063 (attaching the Complaint and Initial Appearance Fee Disclosure filed by Alice Lee in the District Court for Clark County, Nevada under Case Number A-14-710805-C), Order Consolidating Case filed in the United States District Court for the Central District of California under Case Number 2:15-cv-02495, First Consolidated Class Action Complaint filed by Alice Lee and David W. Martin in the United States District Court for the Central District of California under Case Number 2:15-cv-02495, Notice of Unopposed

2

Exhibit 2
Page 106

Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, Declaration of Timothy J. Sostrin in Support of Preliminary Approval of Class Action Settlement (with Exhibit A – Class Action Settlement Agreement and Release; and Exhibit B – Keogh Law, Ltd. Firm Resume), Declaration of Patric A. Lester in Support of Preliminary Approval of Class Action Settlement, Declaration of David Martin in Support of Motion for Preliminary Approval of Class Action Settlement, [Proposed] Order (1) Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan and (4) Setting Final Approval Hearing, Class Action Settlement Agreement and Release, [Proposed] Final Approval Order and Judgment, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.     On February 21, 2017, KCC caused fifty-nine (59) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 States in which Settlement Class Members reside and the District of Columbia, as well as parties of interest to this Action.

4.     As of the date of this Affidavit, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

**Class List**

5.     Between 4/27/2017 and 3/20/2018 KCC received multiple data files representing 1,797,571 phone numbers identified as the Class List. The Class List included names, addresses, phone numbers, and e-mail addresses. KCC formatted the list for mailing purposes, removed duplicate records, and identified records where no name, address, or email address was present in the data. KCC determined that 1,314,140 records contained a valid email address or had a valid mailing

address. KCC then processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").  A total of 186,689 addresses were found and updated via NCOA.  KCC updated its proprietary database with the Class List.

**Emailed Notice & Email Bounce Mailed Notice**

6.     On 4/16/2018 KCC caused the Notice Email to be emailed to the 387 email addresses that contained a Pennsylvania mailing address within the Class List. A true and correct copy of the Notice Email is attached hereto as Exhibit C.

7.     On 4/16/2018 KCC caused the Notice Email to be emailed to the 207,549 email addresses that did not contain a Pennsylvania mailing address within the Class List. A true and correct copy of the Notice Email is attached hereto as Exhibit D.

8.     Of the 207,936 email notices that were sent, 3,943 were undeliverable and not opened. These 3,943 email addresses correlated to 5,078 records in the Class List where a mailing address was present. These were records where one email address was linked to multiple mailing addresses within the Class List. 37 of these records were determined to be duplicate records.

9.     On 5/3/2018 KCC caused 5,041 Summary Notice Postcards to be printed and mailed to the Class Members whose email notice was initially undeliverable.

**Mailed Notice**

10.     On or around 4/16/2018 AT&T was instructed by Class Counsel to mail the Summary Notice Postcard with the address portion provided by AT&T to the 1,200 Subscribers in their data. A true and correct copy of the Summary Notice Postcard that AT&T mailed is attached hereto as Exhibit E.

4

Exhibit 2
Page 108

11.     On 4/16/2018 KCC caused the Summary Notice Postcard to be printed and mailed to the 3,347 names and Pennsylvania mailing addresses in the Class List.  A true and correct copy of the Notice Packet is attached hereto as Exhibit F.

12.     On 4/16/2018 KCC caused the Summary Notice Postcard to be printed and mailed to the 1,101,557 names and Non-Pennsylvania mailing addresses in the Class List. A true and correct copy of the Notice Packet is attached hereto as Exhibit G.

13.     Since mailing the Notice Packets to the Class Members, KCC has received 13,828 Notice Packets returned by the USPS with forwarding addresses. KCC immediately caused Notice Packets to be re-mailed to the forwarding addresses supplied by the USPS.

14.     Since mailing the Notice Packets to the Class Members, KCC has received 197,139 Notice Packets returned by the USPS with undeliverable addresses.  Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Notice Packets and was able to find updated addresses for 90,499 Class Members.  KCC promptly re-mailed Notice Packets to the found new addresses.

**Emailed Claim Filing reminder**

15.     On May 15, 2018 KCC caused an Email Claim Filing reminder to be emailed to 206,700 email addresses in the Class List. A true and correct copy of the Email Claim Filing reminder is attached hereto as Exhibit H.

**Published Notice**

16.     KCC purchased and distributed 115,000,000 internet banner impressions over the Google Display Network (GDN) and social media site

5

Facebook. The impressions appeared on both mobile and desktop devices and targeted adults 18 years of age or older. The internet banners included an embedded link to the case website. A total of 115,871,668 impressions were delivered from April 16, 2018 through May 16, 2018, resulting in an additional 871,668 impressions at no extra charge. Screenshots of the internet banner notices, as they appeared on various websites, are attached as Exhibit I.

**Case Website**

17.     On or about 4/13/2018 KCC established a website www.GTLTCPASettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Email Notice, Summary Notice Postcard, Long Form Notice, and Claim Form.  Visitors of the website can download copies of the Notice, Claim Form, and other case-related documents as well as file claims. Case-related documents include the Settlement Agreement, Preliminary Approval Order, and the Notice of Motion for Attorneys' fees and service award. True and correct copies of the Long Form Notice and Claim Form are attached hereto as Exhibits J and K. As of date of this declaration the website has received 118,794 visits.

**Toll-Free Telephone Number**

18.     On or before 4/13/2018 KCC established a toll-free telephone number dedicated to answering telephone inquiries from Class Members at 844-200-9299. As of date of this declaration KCC has received a total of 22,104 calls.

**Claim Forms**

19.     As of the date of this declaration, 48,334 Claim Forms were submitted. Of these, 32,449 have been determined as claims submitted by valid class members

with mobile numbers contained in the Class List, 13,888 were identified as duplicate claims, and 147 were determined to be invalid. 64 of the 143 invalid claims were received after the June 15, 2018 filing deadline, 1 invalid claim was filed by a class member who had also requested exclusion from the class, and the remaining 83 invalid claims were fraudulent. 1,850 claims were identified as deficient because the claim form provided neither a mobile number contained in the Class List, a valid claim ID, nor any telephone records establishing receipt of a Notification Call. KCC has been directed to send a deficiency notice to the 1,850 potential class members to allow them to cure their deficiency. A copy of the deficiency notice is attached hereto as Exhibit M.  The class members will have 30 days to return a valid mobile number, valid claim id, or provide telephone records establishing  receipt of a notification call from Global Tel*Link to the Settlement Administrator.

**Request for Exclusion from Class**

20.    The postmark deadline for Class Members to request to be excluded from the class was June 15, 2018.  As of the date of this declaration, KCC has received 19 requests for exclusion. A list of the Class Members requesting to be excluded is attached hereto as Exhibit L.

**Stephen Kron**

21.    On June 15, 2018, KCC was asked to review the Class List for a claim filed by Stephen Kron under the claim ID: 10268118101. KCC searched the Class List and was not able to locate a Stephen Kron. The Claim ID: 10268118101 is contained within the Class List, the name associated with that Claim ID is Westcoast Commercial, PO Box 7015, Laguna Niguel, CA 92607-7015. KCC also determined that Westcoast Commercial filed a valid claim on the website on June

7

Exhibit 2
Page 111

15, 2018.

**Irene Beck**

22.    On July 17, 2018, KCC was asked to review the Class List for a claim filed by Irene Beck who claimed to receive notice at beckirene828@gmail.com. KCC searched the Class List and was able to find a Irene Beck under claim ID: 10105506701 who was mailed a postcard notice on  April 16, 2018 to 726 F Street, San Diego, CA 92101. In reviewing Claim ID 10105506701 KCC confirms that no email address is associated with that Claim ID.

23.    KCC has received two claims submitted by Irene Beck. ClaimID: 60010364001, postmarked June 15, 2018 from Irene Beck, 26831 Ole Ln, Menifee, CA 92585 which claimed mobile number 850-637-7623. This claim is currently deficient because the claim form provided neither a mobile number contained in the Class List, a valid claim ID, nor any telephone records establishing receipt of a Notification Call.. Claim ID: 60010361401, postmarked June 15, 2018 from Irene Beck, 26781 Tropicana Dr, Menifee, CA 92584 which claimed the same mobile number 850-637-7623. This claim is considered duplicate with the ClaimID: 60010364001 mentioned above. Both of these claims were submitted with beckirene828@gmail.com for the email address on the Claim Form.

**Administration Costs**

24.    KCC estimates its total cost of administration to be $850,000.  This amount includes costs to date as well as through the completion of this matter.

Exhibit 2
Page 112

1

2

3

4    I declare under penalty of perjury under the laws of the State of California

5    that the foregoing is true and correct.  Executed this 23rd day of July, 2018 at San

Rafael, California.

6

7

8

9                                                                JAY GERACI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAY GERACI RE: NOTICE PROCEDURES

Exhibit 2
Page 113

# Exhibit A

Exhibit 2
Page 114



3301 Kerner Boulevard     415.798.5900   PHONE
San Rafael, CA 94901       415.892.7354   FAX
                           kccllc.com

February 21, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

  Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

  Greenberg Traurig, LLP represents Global Tel*Link Corporation in a putative class action lawsuit entitled *Lee, et al. v. Global Tel*Link Corporation*, Case No. 2:15-cv-02495.  The lawsuit is pending before the Honorable Otis D. Wright, II in the United States District Court for the Central District of California. This letter is to advise you that, on February 15, 2017, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement in connection with this lawsuit.

| | |
|---|---|
| **Case Name:** | *Alice Lee, et al. v. Global Tel*Link Corporation* |
| **Case Number:** | 2:15-cv-02495-ODW-PLA |
| **Jurisdiction:** | United States District Court for the Central District of California |
| **Date Settlement filed with the Court:** | February 15, 2017 |

  Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter, and also are publically available on the respective court PACER websites:

Exhibit 2
Page 115



«First» «Last»
February 21, 2017
Page 2

28 U.S.C. § 1715(b)(1) – Complaints and Related Materials:  Copies of the following are included on the enclosed CD:  (i) *Class Action Complaint for Damages* and *Civil Cover Sheet* filed by David W. Martin in the United States District Court for the Southern District of California under Case Number 3:14-cv-02877; (ii) *First Amended Class Action Complaint for Damages* filed by David W. Martin in the United States District Court for the Northern District of California under Case Number 4:15-cv-00449; (iii) *Notice of Removal of Action Pursuant to 28 U.S.C. § 1441 (a) & (c)* filed by Global Tel*Link Corporation in the United States District Court for the District of Nevada under Case Number 2:15-cv-00063, attaching the *Complaint* and *Initial Appearance Fee Disclosure* filed by Alice Lee in the District Court for Clark County, Nevada under Case Number A-14-710805-C; (iv) *Order Consolidating Case* filed in the United States District Court for the Central District of California under Case Number 2:15-cv-02495; and (v) *First Consolidated Class Action Complaint* filed by Alice Lee and David W. Martin in the United States District Court for the Central District of California under Case Number 2:15-cv-02495.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court has not yet scheduled a final fairness hearing in this matter.  Plaintiff filed an *Unopposed Motion for Preliminary Approval of Class Action Settlement* requesting that a hearing take place on March 27, 2017, at 1:30 p.m. in Courtroom 5D of the United States District Court, Central District of California, located at 350 W. 1st St., Los Angeles, CA 90012, before the Honorable Otis D. Wright, II.   A copy of that motion and its supporting documents are included on the CD:  (i) *Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement*; (ii) *Declaration of Timothy J. Sostrin in Support of Preliminary Approval of Class Action Settlement* (with Exhibit A – Class Action Settlement Agreement and Release; and Exhibit B – Keogh Law, Ltd. Firm Resume); (iii) *Declaration of Patric A. Lester in Support of Preliminary Approval of Class Action Settlement*; (iv) *Declaration of David Martin in Support of Motion for Preliminary Approval of Class Action Settlement*; and (v) *[Proposed] Order (1) Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan and (4) Setting Final Approval Hearing.*

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  The proposed notifications to be provided to members of the settlement class are attached to the settlement agreement, a copy of which is included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the Class Action Settlement Agreement and Release is filed with the Unopposed *Motion for Preliminary Approval of Class Action Settlement*, a copy of which is included on the enclosed CD.

Exhibit 2
Page 116



«First» «Last»
February 21, 2017
Page 3

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or** Other **Agreement:**  There are no other settlements or other agreements contemporaneously made between class counsel and counsel for the defendant.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment:**  No final judgment has yet been entered.  A copy of the proposed *Final Approval Order and Judgment* is attached as Exhibit 2 to the Class Action Settlement Agreement and Release, a copy of which is included on the enclosed CD.

7.  **28 U.S.C. § 1715(b)(7) – Names of Settlement Class Members/Estimate of Class Members:**  A list of names of class members (other than the named Plaintiff, David W. Martin, a resident of California) is not available.  Pursuant to the Class Action Settlement Agreement and Release, the proposed notice plan includes a provision for Plaintiff's counsel to subpoena certain wireless phone carriers to obtain names and addresses for settlement class members, and that information will not be obtained until the settlement has been preliminarily approved and the Court has authorized the notice plan to proceed.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 1.8 million phone numbers belonging to class members that appear to meet the Settlement Class definition based on records reasonably available to Global Tel*Link Corporation; it is not feasible to estimate the proportionate share of recovery on the claims for the settlement class members for each state.

8.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed settlement is still pending preliminary and final approval by the court, there are no opinions available at this time.

If, for any reason, you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Matthew R. Gershman of Greenberg Traurig, LLP at (310) 586-7776 or gershmanm@gtlaw.com immediately, so that Global Tel*Link Corporation may address any concerns or questions you may have.

*/s/*
Jonathan D. Carameros
Vice President

Enclosure – CD containing PDF files

Exhibit 2
Page 117

# Exhibit B

Exhibit 2
Page 118

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Richards | Craig W. | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Lynch | Loretta E. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Hoffman | John Jay | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg., Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Herrington | Robert J. | Greenberg Traurig, LLP | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067 |
| Gershman | Matthew R. | Greenberg Traurig, LLP | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067 |

Exhibit 2
Page 119

# Exhibit C

Exhibit 2
Page 120

«ClaimID»

## NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

## If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.

### *THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

This is an official court notice from the United States District Court for the Central District of California, *Martin v. Global Tel*Link Corporation*, Case No. 2:15-cv-02495, of a proposed class action settlement alleging that GTL placed robocalls to mobile telephones in violation of a federal law, the Telephone Consumer Protection Act (TCPA).

**Why am I getting this Notice?** You were identified as someone who may have received a call on a mobile phone from GTL using a prerecorded voice message. Plaintiff David Martin alleges that certain calls by GTL violated the TCPA. GTL denies any wrongdoing. This Notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the Final Approval Hearing, visit www.GTLTCPASettlement.com or call 1-844-200-9299.

**What does the Settlement Provide?** GTL has agreed to pay a total of $8,800,000 into a Settlement Fund, which will pay for the Class Members' claims, settlement costs, and any attorneys' fees, expenses, service awards, and charitable contributions awarded by the Court. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims. Plaintiff will petition for a service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees equal to 25% of the Settlement Fund, not to exceed $2,200,000, plus expenses.

**How can I receive a payment**? To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018. If you mail your Claim Form, it must be sent to the claims administrator at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**What if I do nothing?** If you do nothing, you will not be eligible for payment. But you will still be bound by the settlement and you will release GTL from liability.

**How can I exclude myself?** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**How can I object?** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your lawyer may ask to appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

Exhibit 2
Page 121

**Attention Pennsylvania Telephone Subscribers**

Class Counsel has requested that your wireless telephone service provider (Verizon, AT&T, Cricket, T-Mobile, Metro PCS, Sprint, Boost Mobile, or Virgin Mobile) provide your name, address, telephone number, and email address to Class Counsel so that they can communicate with you about this case. Pennsylvania law (18 Pa.C.S.A. § 5742) gives you the right to object to the proposed disclosure of this information. If you do not want your telephone service provider to provide your contact information to Class Counsel, you must send a written objection postmarked no later than June 15, 2018 to the following address:

GTL TCPA Litigation Disclosure Objection
P.O. Box 404000
Louisville, KY 40233-4000

If you want to remain a member of the class, please understand that Class Counsel may be unable to communicate with you about the settlement if you object to the disclosure of your contact information. If you do not want to be a member of the class, you must also submit a separate request for exclusion as set forth above.

Exhibit 2
Page 122

# Exhibit D

Exhibit 2
Page 123

«ClaimID»

# NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

## If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.

*THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.*

This is an official court notice from the United States District Court for the Central District of California, *Martin v. Global Tel*Link Corporation*, Case No. 2:15-cv-02495, of a proposed class action settlement alleging that GTL placed robocalls to mobile telephones in violation of a federal law, the Telephone Consumer Protection Act (TCPA).

**Why am I getting this Notice?** You were identified as someone who may have received a call on a mobile phone from GTL using a prerecorded voice message. Plaintiff David Martin alleges that certain calls by GTL violated the TCPA. GTL denies any wrongdoing. This Notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the Final Approval Hearing, visit www.GTLTCPASettlement.com or call 1-844-200-9299.

**What does the Settlement Provide?** GTL has agreed to pay a total of $8,800,000 into a Settlement Fund, which will pay for the Class Members' claims, settlement costs, and any attorneys' fees, expenses, service awards, and charitable contributions awarded by the Court. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims. Plaintiff will petition for a service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees equal to 25% of the Settlement Fund, not to exceed $2,200,000, plus expenses.

**How can I receive a payment**? To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018. If you mail your Claim Form, it must be sent to the claims administrator at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**What if I do nothing?** If you do nothing, you will not be eligible for payment. But you will still be bound by the settlement and you will release GTL from liability.

**How can I exclude myself?** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**How can I object?** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your lawyer may ask to appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

Exhibit 2
Page 124

# Exhibit E

Exhibit 2
Page 125

**If you received a call on your mobile phone from Global Tel\*Link, you may be entitled to money under a class action settlement.**

***THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.***

This is an official court notice from the United States District Court for the Central District of California, *Martin v. Global Tel\*Link Corporation*, Case No. 2:15-cv-02495, of a proposed class action settlement alleging that GTL placed robocalls to mobile telephones in violation of a federal law, the Telephone Consumer Protection Act (TCPA).

AT&T
11760 US HWY 1, Suite 600
North Palm Beach, FL  33408

«Barcode»

Postal Service: Please do not mark barcode

Claim#: GLL-«ClaimID»-«MailRec»

GLL

Exhibit 2
Page 126

**NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**
THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**Why am I getting this Notice?** You were identified as someone who may have received a call on a mobile phone from GTL using a prerecorded voice message. Plaintiff David Martin alleges that certain calls by GTL violated the TCPA. GTL denies any wrongdoing. This Notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the Final Approval Hearing, visit www.GTLTCPASettlement.com or call 1-844-200-9299.

**What does the Settlement Provide?** GTL has agreed to pay a total of $8,800,000 into a Settlement Fund, which will pay for the Class Members' claims, settlement costs, and any attorneys' fees, expenses, service awards, and charitable contributions awarded by the Court. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims. Plaintiff will petition for a service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees equal to 25% of the Settlement Fund, not to exceed $2,200,000, plus expenses.

**How can I receive a payment**? To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018 to the following address: GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**What if I do nothing?** If you do nothing, you will not be eligible for payment. But you will still be bound by the settlement and you will release GTL from liability.

**How can I exclude myself?** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 to the following address: GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041.You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**How can I object?** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your lawyer may ask to appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

### Attention Pennsylvania Telephone Subscribers

Class Counsel has requested that your wireless telephone service provider (AT&T or Cricket) provide your name, address, telephone number, and email address to Class Counsel so that they can communicate with you about this case. Pennsylvania law (18 Pa.C.S.A. § 5742) gives you the right to object to the proposed disclosure of this information. If you do not want your telephone service provider to provide information to Class Counsel, you must send a written objection postmarked no later than June 15, 2018 to the following address: AT&T, 11760 US HWY 1, Suite 600, North Palm Beach, FL 33408.

If you want to remain a member of the class, please understand that Class Counsel may be unable to communicate with you about this case if you object to the disclosure of your contact information. If you do not want to be a member of the class, you must also submit a separate request for exclusion as set forth above.

Exhibit 2
Page 127

# Exhibit F

Exhibit 2
Page 128

**If you received a call on your mobile phone from Global Tel\*Link, you may be entitled to money under a class action settlement.**

***THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.***

This is an official court notice from the United States District Court for the Central District of California, *Martin v. Global Tel\*Link Corporation*, Case No. 2:15-cv-02495, of a proposed class action settlement alleging that GTL placed robocalls to mobile telephones in violation of a federal law, the Telephone Consumer Protection Act (TCPA).

GLL

GTL TCPA Litigation
Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

«Barcode»

Postal Service: Please do not mark barcode

Claim#: GLL-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

Exhibit 2
Page 129

**NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**

THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**Why am I getting this Notice?** You were identified as someone who may have received a call on a mobile phone from GTL using a prerecorded voice message. Plaintiff David Martin alleges that certain calls by GTL violated the TCPA. GTL denies any wrongdoing. This Notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the Final Approval Hearing, visit www.GTLTCPASettlement.com or call 1-844-200-9299.

**What does the Settlement Provide?** GTL has agreed to pay a total of $8,800,000 into a Settlement Fund, which will pay for the Class Members' claims, settlement costs, and any attorneys' fees, expenses, service awards, and charitable contributions awarded by the Court. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims. Plaintiff will petition for a service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees equal to 25% of the Settlement Fund, not to exceed $2,200,000, plus expenses.

**How can I receive a payment**? To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018. If you mail your Claim Form, it must be sent to the claims administrator at the address on the front of this postcard. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**What if I do nothing?** If you do nothing, you will not be eligible for payment. But you will still be bound by the settlement and you will release GTL from liability.

**How can I exclude myself?** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 at the address on the front of this postcard. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**How can I object?** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your lawyer may ask to appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

### Attention Pennsylvania Telephone Subscribers

Class Counsel has requested that your wireless telephone service provider (Verizon, AT&T, Cricket, T-Mobile, Metro PCS, Sprint, Boost Mobile, or Virgin Mobile) provide your name, address, telephone number, and email address to Class Counsel so that they can communicate with you about this case. Pennsylvania law (18 Pa.C.S.A. § 5742) gives you the right to object to the proposed disclosure of this information. To object to your telephone service provider to provide your contact information to Class Counsel, you must send a written objection postmarked no later than June 15, 2018 to the following address: GTL TCPA Litigation Disclosure Objection, P.O. Box 404000, Louisville, KY 40233-4000.

If you want to remain a member of the class, please understand that Class Counsel may be unable to communicate with you about the case if you object to the disclosure of your contact information. If you do not want to be a member of the class, you must also submit a separate request for exclusion as set forth above.

Exhibit 2
Page 130

# Exhibit G

Exhibit 2
Page 131

**If you received a call on your mobile phone from Global Tel\*Link, you may be entitled to money under a class action settlement.**

***THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.***

This is an official court notice from the United States District Court for the Central District of California, *Martin v. Global Tel\*Link Corporation*, Case No. 2:15-cv-02495, of a proposed class action settlement alleging that GTL placed robocalls to mobile telephones in violation of a federal law, the Telephone Consumer Protection Act (TCPA).

GLL

**GTL TCPA Litigation Settlement Administrator**
P.O. Box 404041
Louisville, KY 40233-4041

«Barcode»

Postal Service: Please do not mark barcode

Claim#: GLL-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»

Exhibit 2
Page 132

**NOTICE OF CLASS ACTION LAWSUIT AND PROPOSED SETTLEMENT**
THE COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.

**Why am I getting this Notice?** You were identified as someone who may have received a call on a mobile phone from GTL using a prerecorded voice message. Plaintiff David Martin alleges that certain calls by GTL violated the TCPA. GTL denies any wrongdoing. This Notice contains limited information about the Settlement. For more information, to view additional Settlement documents, and to review information regarding your opt-out and objection rights and the Final Approval Hearing, visit www.GTLTCPASettlement.com or call 1-844-200-9299.

**What does the Settlement Provide?** GTL has agreed to pay a total of $8,800,000 into a Settlement Fund, which will pay for the Class Members' claims, settlement costs, and any attorneys' fees, expenses, service awards, and charitable contributions awarded by the Court. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims. Plaintiff will petition for a service award not to exceed $10,000 for his work in representing the Class and Class Counsel's fees equal to 25% of the Settlement Fund, not to exceed $2,200,000, plus expenses.

**How can I receive a payment**? To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018. If you mail your Claim Form, it must be sent to the claims administrator at the address on the front of this postcard. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**What if I do nothing?** If you do nothing, you will not be eligible for payment. But you will still be bound by the settlement and you will release GTL from liability.

**How can I exclude myself?** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 at the address on the front of this postcard. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

**How can I object?** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your own lawyer may appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

Exhibit 2
Page 133

# Exhibit H

Exhibit 2
Page 134

Class Member Identification Number: «ClaimID»

## Claim Deadline Approaching – The claim filing deadline is JUNE 15, 2018

### If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.

**How can I receive a payment?** To receive payment, you must obtain, complete, and submit a valid Claim Form no later than June 15, 2018, either online at www.GTLTCPASettlement.com, or by calling 1-844-200-9299, or by mail postmarked no later than June 15, 2018. If you mail your Claim Form, it must be sent to the claims administrator at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

You should submit your online claim as soon as possible – do not delay. If the Settlement is approved, the money will be paid to the Class Members who submit timely claims. If you do not make a claim, then you will not receive any payment. In order to get your share of a Settlement payment, then you must submit a Claim Form by June 15, 2018.

**What are my other options?**

1. **You can exclude yourself:** If you wish to exclude yourself from the settlement, you must send a letter requesting exclusion to the claims administrator postmarked no later than June 15, 2018 at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041. You must follow the specific instructions set forth at www.GTLTCPASettlement.com.

2. **You can object to the Settlement:** To object to any part of the settlement, you must file a written objection with the Court by June 15, 2018 and mail a copy to both class counsel and defense counsel. You must follow the specific instructions set forth at www.GTLTCPASettlement.com. The Court will hold a hearing on August 20, 2018 at 1:30 p.m., to consider whether to approve the settlement, and the attorneys' fees and expenses requested. You or your lawyer may ask to appear and speak at your own expense. Further information and instructions are set forth at www.GTLTCPASettlement.com.

3. **You can attend a hearing:** The Court will hold a hearing on August 20, 2018 at 1:30 p.m. to consider whether to approve the Settlement. You may ask to speak in Court about the fairness of the settlement. To speak at the Final Approval Hearing, you must file a document including your name, address, telephone number and your signature with the Court stating your intention to appear no later than July 31, 2018.

4. **You can do nothing:** If you do nothing, you will not receive any monetary award and you will give up any rights you may have to sue GTL and/or any other released parties on a released claim.

**Where can I find more information?** This reminder notice contains limited information about the Settlement. For more information, or to view additional Court documents, visit the Settlement Website at www.GTLTCPASettlement.com. You may also write to the Settlement Administrator at: GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041.

Exhibit 2
Page 135

# Exhibit I

Exhibit 2
Page 136



Exhibit 2
Page 137



Attorney General Jeff Sessions. James Comey said Sessions "cast his eyes down at the table" when asked for help. AP

- James Comey's new book describes attempts to defend himself from what he saw as inappropriate meetings with President Donald Trump.

- Comey, who was fired as FBI director in May, said Trump asked him to meet privately twice and seemed to lean on him for political advantage.

- Comey said he asked Jeff Sessions, the attorney general, to "be between me and the president."

- He said Sessions responded by not meeting his gaze, darting his eyes around, and

**Recommended For You**

Here are all the confirmed original shows coming to Netflix in 2018

If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.

**Learn More**

www.GTLTCPASettlement.com



Exhibit 2
Page 138



If you received a call on your mobile phone
from Global Tel*Link, you may be entitled to
money under a class action settlement.

**Learn More**

www.GTLTCPASettlement.com

**The Science Behind Predicting Hurricane Season**

Scientists across the globe attempt to forecast upcoming hurricane seasons in the Atlantic. But how — and are they right?

**It's a Bird! It's a Spider! It's Pelican Spider!**

The pelican spider would just as soon eat another spider as look at one.

**The Benefits of Talking About Yourself in the Third Person**

What do Donald Trump, Bob Dole and LeBron James have in common? A tendency to talk about themselves in the third person. But is it just egotism or is there a hidden benefit to saying your name rather than "I"?

**10 Ways Americans and Europeans Differ**

While most generalizations are gross, Americans who have traveled to Europe probably have noticed that certain practices they take for granted are non-existent there. Likewise,

**Trinitite: How the First Nuclear Bomb Turned Sand to Glass**

Sand turned to glass at White Sands Missile Range. What do we know today about the remnants of the world's first nuclear blast?

Exhibit 2
Page 139



HowStuffWorks / Entertainment / Movies / Movie Industry & Awards

# Paper Animation Explains the Numbers Behind Superhero Movies

BY **CHRISTOPHER HASSIOTIS**   AUG 5, 2016     



**DC vs. Marvel: Box Office Battle | Data Attack** CONDE NAST: WIRED

Wanna catch a movie? Maybe a small family drama? How about a heartwarming romance? That might sound great, but it can seem these days like the only kind of movie you'll find screening in the megaplex is all about superpowers, saving the world and witty banter. (Well, all that and animated talking animals.) Yes, we're in the golden age of the superhero movie, with heroes of all sizes and shapes sharing their origin stories on the silver screen.

It's worth remembering that it wasn't so long ago that the idea of a comic-book movie seemed farfetched — Marvel Comics actually filed for bankruptcy only two decades ago, and the 2000

If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.



**Learn More**

www.GTLTCPASettlement.com

THE LATEST

Exhibit 2
Page 140





TOPICS   SEARCH                    *Los Angeles Times*                    START TRIAL   LOG IN
                                                                        10 FREE weeks

Wiener declined to estimate how many more homes he expects SB 828 to produce, but the effects could be substantial.

*California lawmakers have tried for 50 years to fix the state's housing crisis. Here's why they've failed »*

Another bill from Wiener, SB 827, would raise height limits near transit stops and has attracted national attention for the large increases in housing densities it would allow in San Francisco, Los Angeles and other areas of the state ringed with mass transit.

By contrast, SB 828 has garnered less interest because its changes are harder to understand and predict, said Greg Morrow, director of the Fred Sands Institute of Real Estate at Pepperdine University. But Morrow said SB 828's increases to allowable zoning for housing across the state could be as dramatic as those anticipated by Wiener's other bill.

"Could it be just as impactful?" Morrow said. "I think so."



ADVERTISEMENT


If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.
Learn More
www.GTLTCPASettlement.com

ADVERTISEMENT


*Los Angeles Times* IN PARTNERSHIP WITH BESTREVIEWS
We tested the top Tax Software.
See which Tax Software we rated
Best of the Best.





Exhibit 2
Page 143



**SF GATE**   LOCAL   NEWS   SPORTS   REAL ESTATE   BUSINESS   A&E   FOOD   LIVING   TRAVEL   OBITUARIES   CARS   JOBS   CLASSIFIEDS   CHRONICLE



Photo: USGS

**IMAGE 1 OF 4**

A 3.9 earthquake rattled the San Jose area Monday morning, according to the United States Geological Survey.



**FROM THE WEB**                    Promoted Links

**Most Popular Last Names In Each State**
Ancestry


**She Adopts A Girl That Nobody Wants. 19 Years Later, She Looks Totall...**
Parentz Talk


**Dad Stops Scrolling Through Home Security Footage When He...**
Scribol


**This Hyundai Sonata Is Cream Of The Crop**
Edmunds


**'Vigilante' parents could be facing charges after allegedly hogtying man propositioning daught...**


**It's official: SFO terminal named for Harvey Milk**


**Gay rights lawyer immolates self in NYC in ecology protest**


**It's spring in the Bay Area and Mount Hamilton is blanketed in snow**

by Taboola

**If you received a call on your mobile phone from Global Tel*Link, you may be entitled to money under a class action settlement.**

**Learn More**

www.GTLTCPASettlement.com

A 3.9 earthquake rattled the San Jose area Monday morning, according to the United States Geological Survey.

The temblor was reported at 9:39 a.m. in Alum Rock and was 8.3 kilometers in depth, the USGS reported.

"I'm only seeing one earthquake in that area above a magnitude 2.5 for the last week," said Paul Caruso, a USGS geophysicist.

**RELATED VIDEO: The 5 largest earthquakes in history**

The 5 largest earthquakes in history
From Russia to Chile, these are the largest earthquakes the world has ever seen.

Exhibit 2
Page 144






Exhibit 2
Page 145



Exhibit 2
Page 146



Exhibit 2
Page 147

# Exhibit J

Exhibit 2
Page 148

**David Martin v. Global Tel\*Link Corporation**

*United States District Court, Central District of California*

**Case No. 2:15-cv-02495**

# If you received a call on your mobile phone from Global Tel\*Link, you may be entitled to money under a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

- A proposed settlement will provide a total of $8,800,000 (the "Settlement Fund") to fully settle and release claims of persons using and/or subscribing to a mobile telephone number to which GTL placed a "Notification Call" (as that term is defined below) during the period from December 5, 2010 through April 7, 2017.

- Plaintiff David Martin alleges that these Notification Calls violated the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA"). GTL denies Plaintiff's allegations and denies any wrongdoing whatsoever. The Court has not ruled on the merits of Plaintiff's claims or GTL's defenses. By entering into the settlement, GTL has not conceded the truth or validity of any of the claims against it.

- The Settlement Fund shall be used to pay all amounts related to the settlement, including awards to Settlement Class Members who submit a valid and timely claim form to receive payment ("Claim Form"), attorneys' fees and costs to attorneys representing Plaintiff and the Settlement Class ("Class Counsel"), any service award for Plaintiff, and the costs of notice and administration of the settlement. Class Counsel estimate that Settlement Class Members who timely submit a valid Claim Form may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of claims. Monies remaining in the Settlement Fund after these payments are made will be distributed to a charity approved by the Court only if a second distribution is not feasible.

- Your rights and options, and the deadlines to exercise them, are explained in this Notice. Your legal rights are affected whether you act or do not act. Read this Notice carefully.

Exhibit 2
Page 149

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you submit a valid Claim Form by June 15, 2018, you will receive a payment and will give up your rights to sue GTL and/or any other released parties on a released claim. Claim Forms may be submitted by mail to GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041 or through the settlement website by clicking [here]. |
| **EXCLUDE YOURSELF OR "OPT-OUT" OF THE SETTLEMENT** | If you ask to be excluded, you will not receive a payment. This is the only option that allows you to pursue your own claims against GTL and/or other released parties in the future. The deadline for excluding yourself is June 15, 2018. To opt-out, <u>you must follow the instructions below</u>. |
| **OBJECT TO THE SETTLEMENT** | Write to the Court about why you believe the settlement is unfair in any respect. The deadline for objecting is June 15, 2018. To obtain a benefit from this settlement, you must still submit a Claim Form. If you submit only an objection, you will not receive any benefit from the settlement and you will give up your rights to sue GTL and/or any other released parties on a released claim. To object, <u>you must follow the instructions below</u>. |
| **DO NOTHING** | If you do nothing, you will not receive any monetary award and you will give up any rights you may have to sue GTL and/or any other released parties on a released claim. |
| **GO TO THE FINAL APPROVAL HEARING** | Ask to speak in Court about the fairness of the settlement. To speak at the Final Approval Hearing, you must file a document including your name, address, telephone number and your signature with the Court stating your intention to appear no later than July 31, 2018. |

- These rights and options—and the deadlines to exercise them—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.

## BASIC INFORMATION

### 1. What is the purpose of this Notice?

The purpose of this Notice is to inform you that a proposed settlement has been reached in the putative class action lawsuit entitled *David Martin v. Global Tel*Link Corporation*, Case No. 2:15-cv-02495 (Central District of California). Because your rights will be affected by this settlement, it is extremely important that you read this Notice carefully. This Notice summarizes the settlement and your rights under it.

### 2. What does it mean if I received an email or postcard about this settlement?

If you received an email or postcard describing this settlement, that is because GTL's records indicate that you may be a member of the Settlement Class in this action.

Exhibit 2
Page 150

**3. What is this class action lawsuit about?**

In a class action, one or more people called a Class Representative (here, Plaintiff) sue on behalf of people who allegedly have similar claims. This group is called a class and the persons included are called class members. If the proposed class is certified by the court, then one court resolves the issues for all of the class members, except for those that exclude themselves from the class.

Here, Plaintiff claims that GTL violated the TCPA by placing Notification Calls through the use of an automatic telephone dialing system or an artificial or prerecorded voice without prior express consent of the called party. GTL denies these allegations and denies any claim of wrongdoing. GTL has asserted various defenses and further denies that class members suffered any injury or damage. The court has not decided who is right, and the settlement resolves the lawsuit. The Court has conditionally certified a class action for settlement purposes only. The Honorable Otis D. Wright, II is the judge presiding over this action.

**4. Why is there a settlement?**

The Court did not decide in favor of Plaintiff or GTL. Instead, both sides agreed to this settlement. That way, they avoid the risk and cost of a trial, and the Settlement Class Members will receive compensation. Plaintiff and Class Counsel think the settlement is best for all persons in the Settlement Class.

# WHO IS IN THE SETTLEMENT CLASS?

**5. How do I know if I am a part of the settlement class?**

The Court has certified a class action for settlement purposes only. The Settlement Class is comprised of:

All persons using and/or subscribing to a mobile telephone number to which a Notification Call (as defined in the Settlement Agreement) was placed during the Class Period, which is from December 5, 2010 through April 7, 2017. Excluded from the Settlement Class are the Judge to whom the Action is assigned and any member of the Court's staff and immediate family, and all persons who are validly excluded from the Settlement Class.

"Notification Call" means a call (i) placed by or on behalf of GTL, (ii) to a number attempted in a Failed Inmate Call Attempt, (iii) using a prerecorded voice message, (iv) to explain in sum and substance that inmate calls could not be completed and/or billed, and that the called party could take certain steps to arrange for billing and/or setup a prepaid account. For example, a prerecorded message for a Notification Call could take substantially the following form: "This is an important message from GTL about calls from an offender at a correctional facility. Para escuchar este mensaje en espanol, oprima el numero uno. Your telephone service provider is unable to bill you for these calls. If you wish to receive these calls, you must contact us at 1-877-650-4249 to arrange for billing. To hear these instructions again, press 1. To end this call, please hang up."

"Failed Inmate Call Attempt" means a telephone call attempted by an inmate or prisoner through GTL's service to a phone number for which GTL had no billing relationship and therefore no means to bill the call to the called party.

If you are still not sure whether you are included, you can visit other sections of the Settlement Website, www.GTLTCPASettlement.com, you may write to the claims administrator at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041, or you may call the Toll-Free Settlement Hotline, 1-844-200-9299, for more information.

Exhibit 2
Page 151

## THE LAWYERS REPRESENTING YOU

**6. Do I have lawyers in this case?**

The Court has appointed the law firms of Keogh Law, Ltd and Lester & Associates as Class Counsel to represent you and the other persons in the Settlement Class. You will not be personally charged by these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**7. How will Class Counsel be paid?**

Class Counsel will ask the Court to approve payment of 25% of the Settlement Fund ($2,200,000) to them for attorneys' fees, plus expenses. Class Counsel also will ask the Court to approve payment of $10,000 to Plaintiff for his service as Class Representative. The Court may award less than these amounts.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

**8. What does the settlement provide?**

**Settlement Fund**. GTL will pay the total amount of $8,800,000 into a fund (the "Settlement Fund"), which will cover: (1) cash payments to Settlement Class Members who submit timely and valid Claim Forms; (2) any award of attorneys' fees to Class Counsel as approved by the Court, not to exceed 25% of the Settlement Fund ($2,200,000), plus expenses; (3) service award to the Plaintiff as approved by the Court, in an amount not to exceed $10,000; (4) the costs of notice and administration of the settlement; and (5) under certain circumstances as described below, a charitable contribution. A copy of the entire settlement with its complete terms is available at www.GTLTCPASettlement.com.

**Cash Payments**. All Settlement Class Members are eligible to submit a Claim Form and receive a cash payment. To submit a Claim Form, follow the procedures described under Question 11 below. Counsel for the class estimate that a Settlement Class Member who submits a valid claim form ("Claim Form") may receive a cash award of approximately $60.00, but the exact amount depends upon the total number of valid claims.

**No Portion of the Settlement Fund Will Return to GTL.** Any money remaining in the Settlement Fund after paying all valid and timely claims to Settlement Class Members, attorneys' fees and costs to Class Counsel, any service award to Plaintiff and the costs of notice and administration of the settlement will be paid either: (1) in a second distribution to Settlement Class Members who submitted valid and timely Claim Forms and whose initial payments were cashed; or (2) if there are not enough funds to justify a second distribution, the remaining funds will be donated to the National Consumer Law Center. There will only be a second distribution if there are enough funds to pay each Settlement Class Member $10.00 or more through a second distribution. No portion of the Settlement Fund will return to GTL.

**9. How much will my payment be?**

Your share of the Settlement Fund will depend on the number of valid Claim Forms that Settlement Class Members submit. Class Counsel estimate that the amount of the cash award (while dependent upon the number of claims) may be approximately $60.00. **This is an estimate only. The final cash payment amount will depend on the total number of valid and timely claims submitted by Settlement Class Members.**

**10. What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the settlement, you will be part of the Settlement Class and will be bound by the release of claims in the settlement. This means that if the settlement is approved, you cannot rely on any Released Claim to sue or continue to sue, on your own or as part of any other lawsuit, GTL and/or any other Released Parties, as explained in the Settlement Agreement. It also means that all of the Court's orders will apply to you and legally bind you. Unless you exclude yourself from the settlement, you will be releasing GTL

Exhibit 4
Page 152

and the Released Parties from all the claims described and identified in the Settlement Agreement. The Settlement Agreement is available at www.GTLTCPASettlement.com. The Settlement Agreement provides more detail regarding the release and describes the released claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. Unless you exclude yourself from the settlement, you will agree to release GTL and any other Released Parties, as defined in the Settlement Agreement, from any and all claims that arise from the automated and prerecorded calls to your cellular telephone at issue in this action.

In summary, the Release covers any and all claims as of the date of the Final Approval Order that arise out of or relate in any way to the Released Parties' contact or attempt to contact Settlement Class Members in connection with automatically dialed and/or prerecorded calls to cellular telephones, including, but not limited to, claims under or for a violation of the TCPA and any other statutory or common law claim arising under the TCPA as relative to automatically dialed and/or prerecorded calls to cellular telephones (collectively, the "Released Claims").

"Released Parties" means and refers to the Defendant Global Tel*Link Corporation and each and all of its subsidiaries, parent companies, agents, predecessors in interest and/or ownership, successors in interest and/or ownership, partners, licensees, assignees, insurers, including claims under any and all insurance policies, and estates, and each of the foregoing's respective past, present, and future officers, directors, attorneys, shareholders, indemnitees, predecessors, successors, trusts, trustees, partners, associates, principals, divisions, employees, insurers, any and all insurance policies, members, agents, representatives, brokers, consultants, heirs, and assigns.

If you have any questions about the Release or what it means, you can speak to Class Counsel, listed under Question 6, for free, or you can, at your own expense, talk to your own lawyer. The Release does not apply to persons in the Settlement Class who timely exclude themselves or who are not Settlement Class Members.

# HOW TO OBTAIN A PAYMENT

## 11. How can I get a payment?

To receive a payment, you must submit a Claim Form either online via the Settlement Website, via the Toll-Free Settlement Hotline, or by mail. If you are submitting your claim via the Settlement Website or the Toll Free Settlement Hotline, it must be submitted no later than June 15, 2018. If you are mailing your Claim Form to the claims administrator, it must be postmarked by that date.

You may get a Claim Form on the Settlement Website, www.GTLTCPASettlement.com, or by calling the Toll-Free Settlement Hotline, 1-844-200-9299. **Read the instructions carefully, fill out the form completely and accurately, sign it and submit it**.

To be valid, the Claim Form must be contain (1) either a valid Claim ID or a telephone number on the Settlement Class List or telephone records establishing receipt of a Notification Call; (2) the Settlement Class Member's full name, mailing address, and e-mail address (if he or she has one); (3) for mailed Claim Forms, the Settlement Class Member's signature; (4) for Claim Forms submitted via the Settlement Website, the Settlement Class Member's electronic signature and an affirmation that all information contained in the Claim Form is true and accurate; and (5) for Claim Forms submitted via 800 number, an affirmation that by pressing "1" all information recited after the Claim ID is entered is true and accurate.

If you do not have a Claim ID and your telephone number is not on the Settlement Class List, you must submit a Claim Form by mail and attach telephone records establishing receipt of a Notification Call.

Any person who submits a Claim Form and is unable to provide one of the following, (i) a valid Claim ID, (ii) a telephone number on the Settlement Class List or (iii) telephone records establishing receipt of a Notification Call, shall not be a Settlement Class Member.

A Claim Form may be submitted by mail to the claims administrator at: GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041, or via the Settlement Website [click here].

Exhibit 2
Page 153

## WHEN WILL I RECEIVE MY SETTLEMENT PAYMENT?

| **12. When would I receive a settlement payment?** |
| --- |

The Court will hold a hearing on August 20, 2018 to decide whether to approve the settlement. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Website at www.GTLTCPASettlement.com for updates. If the Court approves the settlement, after that, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Everyone who sends in a Claim Form will be informed of the progress of the settlement through information posted on the Settlement Website at www.GTLTCPASettlement.com. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **13. How do I get out of the settlement?** |
| --- |

If you want to exclude yourself from the settlement, then you must take steps to get out of the Settlement Class. This is called excluding yourself from, or opting-out of, the Settlement Class.

**To be valid, you must mail your exclusion request postmarked no later than June 15, 2018 to the claims administrator at GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041.**

Exclusion requests must: (i) be signed by the person in the Settlement Class who is requesting exclusion; (ii) include the full name and address of the person in the Settlement Class requesting exclusion; (iii) include the mobile telephone number on which the person seeking exclusion received the call or calls associated with the request for exclusion, and (iv) include the following statement: "I request to be excluded from the settlement in the GTL TCPA action, and to waive all rights to the benefits of the settlement." No request for exclusion will be valid unless all of the information described above is included. No person in the Settlement Class, or any person acting on behalf of or in concert or participation with that person in the Settlement Class, may exclude any other person in the Settlement Class from the Settlement Class.

| **14. If I do not exclude myself, can I sue GTL for the same thing later?** |
| --- |

No. If you do not exclude yourself, you give up any right to sue (or continue to sue) GTL or any Released Parties for the claims that this settlement resolves.

| **15. If I exclude myself, can I get a benefit from this settlement?** |
| --- |

No. If you ask to be excluded, you will not be able to submit a Claim Form for a settlement payment and you cannot object to the settlement.

## OBJECTING TO THE SETTLEMENT

| **16. How do I tell the Court that I do not think the settlement is fair?** |
| --- |

If you are a Settlement Class Member, you can object to the settlement or any part of the settlement. If you do not provide a written objection in the manner described below, you shall be deemed to have waived any objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the settlement or the award of any attorneys' fees and costs and/or service award.

To object, **you must file your objections with the Court no later than June 15, 2018 and mail your objections to the addresses below postmarked by that date.**

Exhibit 12
Page 154

| For Plaintiff: | For GTL: |
|---|---|
| Timothy J. Sostrin, Esq. | Robert J. Herrington |
| Keogh Law, Ltd. | GREENBERG TRAURIG, LLP |
| 55 Monroe St., 3390 | 1840 Century Park East, Suite 1900 |
| Chicago, IL 60603 | Los Angeles, CA 90067 |

An objection **must**:

(A)   Attach documents establishing, or provide information sufficient to allow the Parties to confirm, that the objector is a Settlement Class Member, including providing providing a valid Claim ID or a telephone number on the Settlement Class List or telephone records establishing receipt of a Notification Call, full name, address, the mobile telephone number called, and whether he or she intends to appear at the Final Approval Hearing on his or her own behalf or through counsel;

(B)   Include a statement of such Settlement Class Member's specific objections; and

(C)   State the grounds for objection and attach any documents supporting the objection.

Any person who submits an Objection and is unable to provide one of the following, (i) a valid Claim ID, (ii) a telephone number on the Settlement Class List or (iii) telephone records establishing receipt of a Notification Call, shall not be a Settlement Class Member.

You may, but do not have to, appear at the Final Approval Hearing. If you or your attorney intend to make an appearance at the Final Approval Hearing, you **must**: (i) file a notice of appearance with the Court no later than twenty (20) days prior to the Final Approval Hearing, or as the Court may otherwise direct; and (ii) serve a copy of such notice of appearance on all counsel for all Parties.

**Even if you timely and properly object, you must submit a Claim Form to obtain a benefit from this settlement. If you object but fail to submit a Claim Form, you will not receive any monetary award.**

| **17. What is the difference between objecting and excluding yourself?** |
|---|

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself means that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# IF YOU DO NOTHING

| **18. What happens if I do nothing at all?** |
|---|

If you do nothing, you will not receive any monetary award and you will give up your rights to sue GTL and/or any other Released Parties on a Released Claim. For information relating to what rights you are giving up, see Question 10.

Exhibit 2
Page 155

# THE FINAL APPROVAL HEARING

**19. When and where will the Court decide whether to approve the settlement?**

The Court will hold a Final Approval Hearing at 1:30 p.m. on August 20, 2018 at the United States District Court for the Central District of California, 350 W. 1st Street, Courtroom 5D, Los Angeles, CA, 90012. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the Settlement Website at www.GTLTCPASettlement.com for updates. At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate. If there are valid objections that comply with the requirements in the Settlement Agreement, the Court also will consider them and will listen to people who have asked to speak at the hearing and filed the appropriate notice of appearance by the deadline for doing so. The Court may also consider the requests by Class Counsel for attorneys' fees and expenses and for the Service Award to Class Plaintiff.

**20. Do I have to come to the hearing?**

No. Class Counsel will appear on behalf of the Settlement Class. But, you are welcome to come, or have your own lawyer appear, at your own expense. If you or your attorney intend to make an appearance at the Final Approval Hearing, you must: (i) file a notice of appearance with the Court no later than twenty (20) days prior to the Final Approval Hearing, or as the Court may otherwise direct; and (ii) serve a copy of such notice of appearance on all counsel for all Parties.

**21. May I speak at the hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing, but only in connection with an objection that you have timely submitted to the Court according to the procedure set forth in Question 16 above. To speak at the Final Approval Hearing, you must also file a document with the Court stating your intention to appear. For this document to be considered, it must include your name, address, telephone number and your signature. The document must be filed with the Court no later than July 31, 2018. You cannot speak at the hearing if you exclude yourself from the settlement.

# GETTING MORE INFORMATION

**22. How do I get more information?**

This Notice is only a summary of the proposed settlement. You can get a copy of the Settlement Agreement by visiting the Settlement Website, www.GTLTCPASettlement.com, or you can write to the address below or call the Toll-Free Settlement Hotline, 1-844-200-9299. You can also contact Class Counsel with any questions at 1-866-726-1092 or TCPAsettlement@keoghlaw.com.

GTL TCPA Litigation Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

**DO NOT CALL OR WRITE TO THE COURT, THE CLERK OF THE COURT, GTL OR GTL'S COUNSEL ABOUT THE SETTLEMENT. ALSO, TELEPHONE REPRESENTATIVES WHO ANSWER CALLS MADE TO THE TOLL-FREE NUMBER ARE NOT AUTHORIZED TO CHANGE THE TERMS OF THE SETTLEMENT OR THIS NOTICE.**

Exhibit 2
Page 156

# Exhibit K

Exhibit 2
Page 157

GLL Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

## GLL

▌▌▌▌▌▌▌▌▌▌▌▌

Postal Service: Please do not mark barcode

Claim#: GLL-<<ClaimID>>-<<MailRec>>
<<First1>> <<Last1>>
<<Addr1>> <<Addr2>>
<<City>>, <<ST>> <<Zip>>
<<Country>>

*David Martin v. Global Tel\*Link Corporation*

### U.S. DISTRICT COURT
### CENTRAL DISTRICT OF CA

Case No. 2:15-cv-02495

**Must Be Postmarked
No Later Than
June 15, 2018**

**Toll-Free Number: 1-844-200-9299**
**Website: www.GTLTCPASettlement.com**

# Claim Form

### TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU **MUST** PROVIDE THE INFORMATION BELOW AND YOU **MUST** SIGN THIS CLAIM FORM. IF THIS CLAIM FORM IS SUBMITTED ONLINE, YOU **MUST** SUBMIT AN ELECTRONIC SIGNATURE.

### YOUR CLAIM FORM **MUST BE SUBMITTED ON OR BEFORE JUNE 15, 2018**.

**1.    CLAIMANT INFORMATION IF DIFFERENT FROM ABOVE OR ABOVE IS BLANK:**

First Name                                                M.I.    Last Name

Primary Address

Continuation of Primary Address

City                                                                    State    Zip Code

Mobile Phone Number Called                         E-mail address (if applicable)

Claim ID (if notice was mailed to you, this can be found on Mailed Notice)

**2.    AFFIRMATION:**

By signing below, I affirm that the information above is true and accurate.

Signature: _____    Dated (mm/dd/yyyy): _____

Print Name: _____

**3.    TELEPHONE RECORDS**

If you do not have a Claim ID and your telephone number is not on the Settlement Class List, you <u>must</u> submit this Claim Form by mail and attach telephone records establishing receipt of a Notification Call.

**QUESTIONS? VISIT www.GTLTCPASettlement.com OR CALL 1-844-200-9299 or Class Counsel at 1-888-716-7020.**

Exhibit 02.
Page 158

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ DOC ○ RED |
| --- | --- | --- | --- | --- | --- |
| | | | | | ○ LC |
| | | | | | ○ REV ○ B |

GLLPOC2

# Exhibit L

Exhibit 2
Page 159

## MARTIN v. GLOBAL TEL*LINK CORPORATION EXCLUSION LIST

| ClaimID | Last1 | First1 |
|---|---|---|
| 10081608301 | BAKER | THOMAS E |
| 10133201401 | BOETSCH | GERALD |
| 10142071701 | BOWENS | KATHERINE |
| 10164461901 | BROWN | LYNETTE |
| 10169598601 | BRUNNER | MARY LYNNE |
| 10176626901 | BURGESS | WYATT |
| 10412826401 | FIGUERROA | SALVADOR |
| 10572498101 | HENRY | SUSAN |
| 10686855001 | JUAREZ | TONY |
| 10955104701 | KEENAN | JULIA |
| 90000009001 | LAMBERT | DESIREE |
| 10792764001 | LYTTLE | JUDITH |
| 10889802701 | MIRANDA | ESMERALDA |
| 11026056901 | PETHEL | CAROLE |
| 11072223101 | QUILLEN | RHONDA |
| 11079060101 | RAMIREZ | BARBARA |
| 11177525501 | SALINAS | JORGE |
| 11247037301 | SMITH | IAN |
| 11260804801 | SOLORIO | RUBEN |

Exhibit 2
Page 160

# Exhibit M

Exhibit 2
Page 161

GTL TCPA Litigation Settlement Administrator
P.O. Box 404041
Louisville, KY  40233-4041

# GLL

## «Barcode»

Postal Service: Please do not mark barcode

Claim#: GLL-«ClaimID»-«MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

### NOTICE OF DEFICIENT CLAIM FORM
<MailDate>

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address

Primary Address Continued

City                                                                                             State        Zip Code

Dear «First1» «Last1»:

**We have received your Claim Form in the *David Martin v. Global Tel\*Link Corporation* case.**

Your claim has been determined to be deficient for the following reason(s):

- The Mobile Phone number you provided on your Claim Form is not part of the Global Tel\*Link Class List and you have neither submitted a Valid Claim ID nor any telephone records establishing your receipt of a Notification Call.

If you wish to be included in the settlement, you must submit below either:

- a valid Claim ID (if you have a valid Claim ID, it would be located on the Email Notice (located on the top of the email) or Postcard Notice regarding the settlement you received shortly after April 16, 2018);
- a valid telephone number located on the Settlement Class List; or
- Attach hereto telephone records establishing your receipt of a Notification Call.

**You must return this letter signed with a postmark no later than «DueDate» to be included in this settlement and for your claim to be eligible. If you fail to return the required information, you will not be included in this settlement and your claim will be denied. You must send this additional information to GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY, 40233.**

Area code           Mobile Phone Number Called

Valid Claim ID

**AFFIRMATION:**

By signing below, I affirm that the information above is true and accurate.

Signature: _____        Dated: _____

Print Name: _____

Sincerely,
*GTL TCPA Litigation Settlement Administrator*
P.O. Box 404041
Louisville, KY 40233-4041

# Exhibit 2
## Page 162

FOR CLAIMS PROCESSING ONLY     OB          CB          ○ DOC  ○ RED
                                                        ○ LC   ○ B
                                                        ○ REV