BRIAN A. VOGEL (No. 167413)
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com
Attorneys for Irene Beck

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE LEE, et al.,<br>　　　　　　Plaintiffs,<br>v<br><br>GLOBAL TEL*LINK<br>CORPORATION,<br>　　　　　　Defendants. | Case No. 2:15-cv-02495-ODW-PLA<br>[consolidated with 2:15-cv-03464-ODW PLA]<br><br>**DECLARATION OF IRENE BECK IN SUPPORT OF PETITION FOR AN ORDER APPROVING DISTRIBUTION OF CY PRES FUNDS; EXHIBITS 1-3** |

I, IRENE BECK, declare as follows:

　　1.　　My son has been incarcerated in the Ventura County Jail and then at California Department of Corrections and Rehabilitation since 2015.  The locations where he was imprisoned used Global Tel Link ("GTL") as a telephone service provider.

　　2.　　I received numerous robocalls from Global Tel Link on my cell phone in 2015, 2016 and the first three months of 2017 regarding billing issues. I did not consent to receiving these calls before I received them.

1

---

3.  The cell phone number for the phone on which I received the calls from 2015 to present is (850) 637-7623.

4.  In April of this year, I received a notice of this class action lawsuit and filled out a form and returned it.  My recollection is that I received the notice via my email address at beckirene828@gmail.com but it is possible that I received it in the mail.  I recall mailing in the form in April but I did not keep a copy of it.  In June, I also printed out a claim form and submitted it via U.S. mail to insure that my claim was received.  I did not have a copy of the postcard with the claim ID number on it when I printed out and mailed the claim form again.

5. I have since been informed that my claim was found deficient because it did not include the original valid Claim ID 10105506701.

6. After submitting my claim(s) both online and via U.S. mail, I never received a Notice of Deficient Claim Form.  My current address is 26781 Tropicana Dr., Menifee, CA  92584 and I included this address on the claim form that I submitted via U.S. mail.

7.  I did in fact receive calls on my cell phone number listed above and I was notified that I was eligible to make a claim and I did.

8. Attached as Exhibit 1 is a true and correct copy of my billing records from GTL for my cellphone dating back to February 2018.  The data on the website does

DECLARATION OF IRENE BECK IN SUPPORT OF PETITION FOR AN
ORDER APPROVING DISTRIBUTION OF CY PRES FUNDS

not go back farther than that. I have been a customer of GTL on this same phone since 2015 and their older billing records will surely reflect this fact.

9. Attached as Exhibit 2 is a true and correct copy of my bank records reflecting charges from GTL from 2015 until April 2017. I have used the same bank and the same phone since 2015 and the billing records from GTL are for my cellphone number which is listed at the top of GTL's bill in Exhibit 1.

10. Attached as Exhibit 3 is a copy of a Notice of Deficient Claim Form in which I have included the relevant information which was apparently already in the possession of the GTL TCPA Litigation Settlement Administrator.

11. I will make every effort to attend the fairness hearing. If I am unable to personally attend because of work-related obligations, I will be available on my cellphone at the number listed above if anyone has any further questions for me.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at Menifee, California, this 17th day of August, 2018.


Irene Beck
Irene Beck

DECLARATION OF IRENE BECK IN SUPPORT OF PETITION FOR AN
ORDER APPROVING DISTRIBUTION OF CY PRES FUNDS