# EXHIBIT 1

| Phone Number | Facility | Balance |
|---|---|---|
| (850) 637-7623 | California Dept of Corrections and Rehabilitation | $21.40 |

## Transactions

Select a year: 2018

Select a month: February

View

## Recent Transactions

Statement Period: 02/02/2018 - 03/01/2018

Website deposits, kiosk deposits, and deposits made over the phone for the month so far are shown below.

| Date/Time | Transaction Type | Origination Facility | Call Duration | Amount | Balance |
|---|---|---|---|---|---|
| 02/28/2018 03:29 | Taxes | | | $0.94 | $14.10 |
| 02/28/2018 03:29 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $15.05 |
| 02/23/2018 07:31 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $18.20 |
| 02/23/2018 07:31 | Taxes | | | $0.94 | $21.35 |
| 02/22/2018 03:37 | DepositTransactionFee | | | $3.00 | $22.29 |
| 02/22/2018 03:37 | Deposit | | | $25.00 | $25.29 |
| 02/21/2018 07:35 | Taxes | | | $0.88 | $0.29 |
| 02/21/2018 07:35 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $2.94 | $1.17 |
| 02/20/2018 03:32 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $4.11 |
| 02/20/2018 03:32 | Taxes | | | $0.94 | $7.26 |
| 02/19/2018 07:31 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 | $3.15 | $8.20 |

| Date/Time | Transaction Type | Origination Facility | Call Duration | Amount | Balance |
|---|---|---|---|---|---|
| 02/19/2018 07:31 | Taxes | Origination Facility | Call Duration | $0.94 | $11.35 |
| 02/17/2018 07:16 | Taxes | Origination Facility | Call Duration | $0.94 | $12.30 |
| 02/17/2018 07:16 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $13.24 |
| 02/16/2018 03:30 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $16.39 |
| 02/16/2018 03:30 | Taxes | Origination Facility | Call Duration | $0.94 | $19.54 |
| 02/15/2018 07:25 | Taxes | Origination Facility | Call Duration | $0.12 | $20.49 |
| 02/15/2018 07:25 PT | CallUsage | California Dept of Corrections and Rehabilitation | 3 minutes | $0.42 | $20.61 |
| 02/14/2018 03:36 PT | CallUsage | California Dept of Corrections and Rehabilitation | 12 minutes | $2.52 | $21.03 |
| 02/14/2018 03:36 | Taxes | Origination Facility | Call Duration | $0.75 | $23.55 |
| 02/13/2018 07:14 | Taxes | Origination Facility | Call Duration | $0.94 | $24.31 |
| 02/13/2018 07:14 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $25.25 |
| 02/11/2018 05:52 | DepositTransactionFee | Origination Facility | Call Duration | $3.00 | $28.40 |
| 02/11/2018 05:52 | Deposit | Origination Facility | Call Duration | $20.00 | $31.40 |
| 02/11/2018 08:06 PT | CallUsage | California Dept of Corrections and Rehabilitation | 13 minutes | $2.73 | $11.40 |
| 02/11/2018 08:06 | Taxes | Origination Facility | Call Duration | $0.81 | $14.13 |
| 02/01/2018 11:30 | Taxes | Origination Facility | Call Duration | $0.94 | $14.95 |
| 02/01/2018 11:30 PT | CallUsage | California Dept of Corrections and Rehabilitation | 15 minutes | $3.15 | $15.90 |

| Date/Time | Transaction Type | Origination Facility | Call Duration | Amount | Balance |
|---|---|---|---|---|---|
| | | Rehabilitation | | | |

*Select Applicable Payment and Transaction Fees are charged to the credit card provided and may not be reflected in your account balance.
Unless otherwise noted, the date and time of the calls in the statement reflect the central time zone.
Print this information

- About ConnectNetwork
- Rates and Fees
- Mobile Apps
- Consumer Disclosures
- Terms of Use
- Privacy Policy
- Sitemap

# EXHIBIT 2

IRENE M BECK ! Account # XXXX XXXX 6480 ! December 24, 2015 to April, 2017

Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118

---

12/28/15 CHECKCARD 1226 GTL*INMATE PHONE SVC 877-650-4249 AL 24692165360000428846438 - 50.00

12/29/15 CHECKCARD 1228 GTL*INMATE PHONE SVC 877-650-4249 AL 24692165362000358391601 - 75.00

01/04/16 CHECKCARD 0102 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166002000943690800 - 50.00

01/04/16 CHECKCARD 0103 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166003000443722474 - 50.00

01/08/16 CHECKCARD 0107 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166007000541705344 - 50.00

01/08/16 CHECKCARD 0107 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166007000541713322 - 50.00

01/19/16 CHECKCARD 0115 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166015000523269830 - 50.00

01/19/16 CHECKCARD 0116 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166016000065898011 - 60.00

01/21/16 CHECKCARD 0120 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166020000019370061 - 50.00

12/30/16 CHECKCARD 1229 GTL*INMATE PHONE SVC 877-650-4249 AL 24692166364000460194006 - 30.00

01/03/17 CHECKCARD 0102 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167002000689983854 - 25.00

01/05/17 CHECKCARD 0104 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167004000924041466 - 25.00

01/13/17 CHECKCARD 0112 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167012000421891314 - 20.00

01/26/17 CHECKCARD 0125 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167025000720166314 - 40.00

01/30/17 CHECKCARD  0128 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167028000450716939 - 30.00

02/02/17 CHECKCARD  0201 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167032000716366721 - 27.00

02/06/17 CHECKCARD  0203 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167034000974083487 - 25.00

02/07/17 CHECKCARD  0206 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167037000690268088 - 30.00

02/13/17 CHECKCARD  0210 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167041000982482953 - 25.00

02/13/17 CHECKCARD  0211 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167042000592189740 - 25.00

02/13/17 CHECKCARD  0212 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167043000141171347 - 20.00

02/15/17 CHECKCARD  0214 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167045000293534753 - 25.00

02/15/17 CHECKCARD  0214 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167045000293489859 - 20.00

02/21/17 §CHECKCARD  0217 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167048000063135895 - 35.00

02/23/17 CHECKCARD  0222 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167053000852940382 - 50.00

03/06/17 CHECKCARD  0303 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167062000632449893 - 40.00

03/23/17 CHECKCARD  0322 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167081000067079089 - 40.00

04/03/17 CHECKCARD  0401 GTL*INMATE PHONE SVC 877-650-4249 AL 24692167091000165584905 - 20.00

# EXHIBIT 3

GTL TCPA Litigation Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

# GLL

«Barcode»
Postal Service: Please do not mark barcode

Claim#: GLL-«ClaimID»-«MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St» «Zip»
«Country»

## NOTICE OF DEFICIENT CLAIM FORM
<MailDate>

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address: 26781 Tropicana Drive

Primary Address Continued:

City: Menifee    State: CA    Zip Code: 92584

Dear «First1» «Last1»:

We have received your Claim Form in the *David Martin v. Global Tel*Link Corporation* case.
Your claim has been determined to be deficient for the following reason(s):

- The Mobile Phone number you provided on your Claim Form is not part of the Global Tel*Link Class List and you have neither submitted a Valid Claim ID nor any telephone records establishing your receipt of a Notification Call.

If you wish to be included in the settlement, you must submit below either:

- a valid Claim ID (if you have a valid Claim ID, it would be located on the Email Notice (located on the top of the email) or Postcard Notice regarding the settlement you received shortly after April 16, 2018);
- a valid telephone number located on the Settlement Class List; or
- Attach hereto telephone records establishing your receipt of a Notification Call.

You must return this letter signed with a postmark no later than «DueDate» to be included in this settlement and for your claim to be eligible. If you fail to return the required information, you will not be included in this settlement and your claim will be denied. You must send this additional information to GTL TCPA Litigation Settlement Administrator, P.O. Box 404041, Louisville, KY, 40233.

Area code / Mobile Phone Number Called: 850-637-7623

Valid Claim ID: 1010550670 1

**AFFIRMATION:**
By signing below, I affirm that the information above is true and accurate.

Signature: *Irene Bock*    Dated: 8/17/18

Print Name: IRENE BOCK

Sincerely,
GTL TCPA Litigation Settlement Administrator
P.O. Box 404041
Louisville, KY 40233-4041

FOR CLAIMS PROCESSING ONLY

Exhibit 2
Page 162