UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-02495-ODW(PLA) | Date | August 20, 2018 |
|---|---|---|---|
| Title | Alice Lee v. Global Tel Link Corporation | | |

| Present: The Honorable | Otis D. Wright II, United States District Court |
|---|---|

| Sheila English | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy J Sostrin<br>Patric Alexander Lester | Robert J Herrington<br>Brian Arnold Vogel |

**Proceedings:** MOTION for Attorney Fees Costs and Service Award[**188**]; MOTION for Settlement Approval[**196**]; MOTION for Disbursement of Funds [**197**]

Case called, appearances made. The Court hears oral argument from counsel as stated on the record. The Court orders counsel to submit an explanation of the litigation costs within 10 days of this hearing.

The Court rules on the Motions as follows:

-MOTION for Settlement Approval[196]-GRANTED
-MOTION for Disbursement of Funds [197]- DENIED
-MOTION for Attorney Fees- [188]Modified and granted.
 An order will issue as to the approval of litigation costs.

| | : | 09 |
|---|---|---|
| | Initials of Preparer | se |