1  Caroline V. Tucker, Esq. (SBN 261377)
2  **TUCKER | POLLARD**
   Attorneys at Law
3  556 N. Diamond Bar Blvd., Ste. 213
4  Diamond Bar, CA 91765
5  (909) 396-1800 – telephone
   (949) 269-6401 – facsimile
6
7  Attorneys for Objector
   Stephen Kron
8

9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
              WESTERN DIVISION – LOS ANGELES
11

12  ALICE LEE and DAVID W. MARTIN, on
13  behalf of themselves and all others          Case No. 2:15-cv-02495-ODW-PLA
    similarly situated,
14

15                  Plaintiff                    **NOTICE OF APPEAL**
16
17       v.
18  GLOBAL TEL*LINK CORPORATION,
19
20                  Defendant.
21

22       Notice is hereby given that Steve Kron, Objector, in the above-named case,

23  hereby appeals to the United States Court of Appeals for the Ninth Circuit from
24
25  the Minute Order [DE 203] entered on 8-20-18 granting Plaintiffs' and Class
26  Counsels' Motion for Settlement Approval of Class Action [DE 196] and
27
28  Attorneys Fees, Expenses and Service Awards and Order [DE 188]. We will

require transcripts. We will not request to expedite the appeal. This filing is in compliance with FRAP 27.

DATED:  September 19, 2018

TUCKER | POLLARD

Caroline V. Tucker, Esq.
Attorneys for Objector
Stephen Kron

**NOTICE OF APPEAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on September 19, 2018 and served by the same means on all counsel of record.

_____