JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE LEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL*LINK CORPORATION, <br><br> Defendant. | Case No. 2:15-cv-02495-ODW-PLA [consolidated with 2:15-cv-03464-ODW-PLA] <br><br> **FINAL JUDGMENT** <br><br> Hon. Otis D. Wright II |

///

///

///

On September 24, 2018, the Court entered its Order Granting Final Approval; Granting, In Part, Attorneys' Fees, Costs, and Service Award; and Denying Petition for Disbursement (hereinafter "the Court's September 24, 2018 Order"). ECF No. 206. The Court now enters this Final Judgment:

1. Class Counsel are hereby awarded $2,127,085.00 as their fee award, and $75,980.30 for reimbursement of expenses, which amounts shall be paid to Class Counsel from the Settlement Fund in accordance with and at the times prescribed by the terms of the Settlement Agreement.

2. Plaintiff David Martin is hereby awarded $6,250.00 as an incentive award, to be paid from the Settlement Fund in accordance with and at the time prescribed by the terms of the Settlement Agreement.

3. The Claims Administrator is hereby ordered to comply with the terms of the Settlement Agreement with respect to distribution of Attorneys' Fees and Costs, the Service Award, and the Settlement Awards to the Settlement Class Members, according to the terms and at the times prescribed by the Settlement Agreement.

4. As of the Effective Date of the Settlement Agreement, the Class Plaintiff and each and every one of the Settlement Class Members, are permanently barred and enjoined from asserting, commencing, prosecuting, or continuing, either individually or as a class, or in any other capacity, and of the Released Claims against any of the Released Parties, as set forth in the Settlement Agreement.

5. This is the final judgment for purposes of Fed. R. Civ. Proc. 58, and the Court hereby dismisses this action with prejudice, without costs to any party, except as expressly provided for in the Court's September 24, 2018 Order and this Judgment.

6. Neither this judgment, nor the Settlement Agreement (including any and all exhibits attached thereto) and any and all negotiations, documents, and discussions associated with it shall be deemed or construed to be an admission or evidence of any violation of any statute, law, rule, regulation or principle of common law or equity, or

of any liability or wrongdoing by Defendant Global Tel*Link Corporation, or the truth of any of the claims.

**IT IS SO ORDERED.**

Dated:  11/05/2018

HON. OTIS D. WRIGHT II,
UNITED STATES DISTRICT JUDGE